JAMES DAL BON, Bar No. 157942
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN, APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

jdblaw@earthlink.net
margainlaw@hotmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF EASTERN CALIFORNIA

| | |
|---|---|
| ROBERTO NARANJO SANTOS and<br><br>PAULINA FLORES<br><br>    Plaintiff<br><br>v.<br><br><br><br>SHAN YOUNG ZHAO dba GRAND BUFFET; DONG XIU RONG dba ORIENTAL BUFFET; XIU RONG DONG dba ORIENTAL BUFFET      Defendant(s) | Case No.   2:09-CV-02580-FCD-GGH<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE MATTER WITH PREJUDICE** |

The parties through counsel hereby stipulate to dismiss this entire matter **with** prejudice pursuant to FRCP 41(a)(2).

   IT IS SO STIPULATED

Dated: May 11, 2010

**STIPULATION AND ORDER DISMISSING WITH PREJUDICE ENTIRE ACTION**     1

        Respectfully submitted,

        By:  //s// Tomas E. Margain

            TOMAS MARGAIN
            Attorneys for Plaintiffs

Dated: May 11, 2010

        By:  //s//

            LEE E. SHELDON
            Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that this matter is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: May 13, 2010

        FRANK C. DAMRELL JR.
        UNITED STATES DISTRICT JUDGE